# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VINCENT TOLENTINO** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **THE DISTRICT ATTORNEY OF THE** | : | |
| **COUNTY OF PHILADELPHIA and THE** | : | |
| **ATTORNEY GENERAL OF THE** | : | |
| **STATE OF PENNSYLVANIA** | : | **NO. 17-1060** |

## ORDER

**NOW**, this 30th day of March, 2022, upon consideration of the Petitioner Vincent Tolentino's Amended Petition for Writ of *Habeas Corpus* Pursuant to 28 U.S.C. § 2254 (Document No. 63), the response to the Amended Petition, the Report and Recommendation filed by United States Magistrate Judge David R. Strawbridge (Document No. 72), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge David R. Strawbridge is **APPROVED** and **ADOPTED**;

2. The Amended Petition for Writ of *Habeas Corpus* is **DENIED** and **DISMISSED**; and

3. There has been no substantial showing of the denial of a constitutional right requiring the issuance of a certificate of appealability.

/s/ TIMOTHY J. SAVAGE J.